# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-2261
_____

Adolfo Gutierrez Avila, Jr., on behalf of 44 listed members (similarly situated)

*Plaintiff - Appellant*

v.

Paul Schnell, Being sued in his/her individual capacity; Being sued jointly and severally liable; Vicki Janssen, Being sued in his/her individual capacity; Being sued jointly and severally liable; Jeanette Wilson, Being sued in his/her individual capacity; Being sued jointly and severally liable; Jessica Olson, Being sued in his/her individual capacity; Being sued jointly and severally liable; Tina Sneen, Being sued in his/her individual capacity; Being sued jointly and severally liable

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: January 21, 2025
Filed: January 31, 2025
[Unpublished]
_____

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Adolfo Avila, Jr., appeals the district court's[1] dismissal of his pro se 42 U.S.C. § 1983 action and the denial of his motion to amend the operative complaint. After careful de novo review of the record and the parties' arguments on appeal, we find no basis for reversal. See East v. Minnehaha Cnty., 986 F.3d 816, 820 (8th Cir. 2021) (de novo review of dismissal under Fed. R. Civ. P. 12(b)(6)). Accordingly, we affirm. See 8th Cir. R. 47B. The motions to supplement the record and to file a supplemental brief are denied as moot.

_____

[1]The Honorable Nancy E. Brasel, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Douglas L. Micko, United States Magistrate Judge for the District of Minnesota.